# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Crawl Space Door System, Inc., appellant, v. White & Williams, LLP

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania,
D.C. Docket No.: 2:22cv04698
Date proceedings initiated in D.C.: 5/11/2022 in E.D.Va.; Transferred to E.D.Pa. by E.D.Va. Order Entered 11/22/2022
Date Notice of Appeal filed: 7/21/2023
USCA No.: 23-2319

## COUNSEL ON APPEAL

**Appellant(s)**: Crawl Space Door System, Inc.
Name of Counsel: Duncan G. Byers
Name of Party(ies): Crawl Space Door System, Inc.
Address: 1769 Jamestown Road, Suite 120, Williamsburg, Va. 23185
Telephone No.: 757.317.2779
Fax No.: 757.231.3797
E-mail: dbyers@dbyerslaw.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: (if the same as trial counsel) Farzana Islam, Esq.; Peter J. Mooney, Esq.
Name of Party(ies): White & Williams, LLP
Address: White & Williams, LLP, 1650 Market St., One LIberty PLace, Suite 1800, Philadelphia, PA 19103
Telephone No.: 215.864.7164
Fax No.: 215.789.7676
E-mail: islamf@whiteandwilliams.com; mooneyp@whiteandwilliams.com

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?  Yes ☐  No ☑
Appeals Docket No.:

Was there a previous appeal in case?  Yes ☐  No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? Yes ☐ No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐ No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☑ OTHER Specify: Legal Malpractice

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __7th__ day of __August__, 20__23__ .

Signature of Counsel: s/Duncan G. Byers/